United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT FRED LAU'S MOTION FOR SUMMARY ADJUDICATION** |
| NARDA GILLESPIE et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____ | |
| MARK OSUNA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | |

1 | Before the Court is the motion for summary adjudication filed September 1, 2005 by
2 | defendant Fred Lau.  Due to a scheduling conflict, the hearing on said motion is hereby
3 | continued from October 7, 2005 to October 28, 2005 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 26, 2005

MAXINE M. CHESNEY
United States District Judge