**United States District Court**

For the Northern District of California

| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**ORDER WITHDRAWING REFERENCE** |
| NARDA GILLESPIE et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____ | |
| MARK OSUNA,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____ / | |

1       As set forth at the Case Management Conference conducted November 4, 2005, the
2 reference to Magistrate Judge Elizabeth D. Laporte for the purpose of conducting a
3 settlement conference in the above-titled action is hereby withdrawn.

4     **IT IS SO ORDERED.**

5 Dated: November 4, 2005           MAXINE M. CHESNEY
                                                United States District Judge