**United States District Court**

For the Northern District of California

1
2
3
4
5                 UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7

8 FREDERICK SCHIFF,                No. C-03-4345 MMC (JCS)

9         Plaintiff(s),            Related Cases: C-04-2261 MMC (JCS) and

10    v.                               C-04-2262 MMC (JCS)

11 CITY AND COUNTY OF         **ORDER EXCUSING ATTENDANCE**
SAN FRANCISCO, ET AL.,       **AT SETTLEMENT CONFERENCE**

12

13         Defendant(s).
_____/

14 TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

15        By correspondence dated November 14 and 18, 2005, counsel for Defendant Alex Fagan, Sr. and

16 counsel for Defendant Fred Lau requested that their clients and they be excused from personally appearing

17 at the Settlement Conference scheduled for **December 8, 2005, at 9:30 a.m.,** before the undersigned.

18 No opposition was filed by any party.

19        Upon consideration of the requests, the Court finds good cause for excusing the personal

20 attendance of the above parties and their counsel.  However, if the Court concludes that the absence of the

21 parties or their counsel is interfering with the Settlement Conference, the Court may continue the conference

22 and may order personal attendance by each party and/or counsel.

23        IT IS SO ORDERED.

24

25 Dated:  November 22, 2005

26                              _____
                               JOSEPH C. SPERO
                               United States Magistrate Judge

27

28