1  PRESTON GATES & ELLIS LLP
   JOHN L. BOOS (STATE BAR NO. 070222)
2  CLOTHILDE V. HEWLETT (STATE BAR NO. 093356)
   JILL N. CARTWRIGHT (STATE BAR NO. 209479)
3  55 Second Street, Suite 1700
   San Francisco, California 94105
4  Phone: (415) 882-8200
   Fax:   (415) 882-8220
5
   Attorneys for Defendant
6  Alex E. Fagan, Sr.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| FREDERICK SCHIFF, | Case No. C-03-4345 MMC |
|---|---|
| Plaintiff, | [PROPOSED] **ORDER GRANTING ALEX E. FAGAN, SR.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DECLARATIONS OF ALEX E. FAGAN, SR. AND JILL CARTWRIGHT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIVIL L.R. 79-5** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |
| NARDA GILLESPIE, et al., | Case No. C-04-2261 MMC |
| Plaintiffs, | [*Related Case*] |
| vs. | Date:       January 13, 2006 |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | Time:       9:00 a.m. |
| | Courtroom:  7 |
| Defendants. | Judge:      Hon. Maxine M. Chesney |

---

[PROPOSED] ORDER GRANTING ALEX E. FAGAN, SR.'S                    Printed on Recycled Paper
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
Case No. C-03-04345 MMC and C-04-2261 MMC

1     Having considered the Miscellaneous Administrative Request of defendant Alex E. Fagan, Sr. to file the Declaration of Alex E. Fagan, Sr. in Support of Motion for Summary Judgment and exhibits, and the Declaration of Jill N. Cartwright in Support of Motion for Summary Judgment, with exhibits, under seal, defendant Alex E. Fagan Sr.'s request is hereby GRANTED.

DATED:   December 13 , 2005

*[signature: Maxine M. Chesney]*

THE HONORABLE MAXINE CHESNEY
JUDGE OF THE UNITED STATES
DISTRICT COURT

K:\38539\00008\JN1C\JN1CP20DC

[PROPOSED] ORDER GRANTING ALEX FAGAN, SR.'S
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
Case No.C-03-04345 MMC and C-04-2261 MMC

1

Printed on Recycled Paper