United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT FRED LAU'S MOTION FOR SUMMARY ADJUDICATION** |
| NARDA GILLESPIE et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____ | |
| MARK OSUNA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | |

1   Because a number of summary judgment motions in the instant actions are
2 scheduled to be heard January 13, 2006, the hearing on defendant Fred Lau's motion for
3 summary adjudication, which is currently scheduled for January 6, 2006, is hereby
4 CONTINUED to January 13, 2006 at 9:00 a.m., in order that all motions for summary
5 judgment in the instant actions may be heard on the same date.
6   **IT IS SO ORDERED.**
7 Dated: December 22, 2005                    MAXINE M. CHESNEY
                                              United States District Judge