1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  JILL A. SPRAGUE, State Bar #201584
   MICHAEL LEON GUERRERO, State Bar #183818
4  Deputy City Attorneys
   Fox Plaza, Fifth Floor
5  San Francisco, California 94102
   Telephone:    (415) 554-3935
6  Facsimile:    (415) 554-4248

7  Attorneys for Defendant
   City and County of San Francisco
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 | FREDERICK SCHIFF,                    | Case No. C 03-04345 MMC

12 |              Plaintiff,              | **JOINT STIPULATION TO CONTINUE DEPOSITION OF PLAINTIFFS' PROFFERED EXPERT TO A DATE BEYOND THE EXPERT DISCOVERY CUT-OFF**

13 |       vs.

14 | CITY AND COUNTY OF SAN
   | FRANCISCO et al.,
15
16 |              Defendants.

17 | NARDA GILLESPIE, et al,              | Case No. C 04-2261 MMC

18 |              Plaintiff,              | [*Related Case*]

19 |       vs.

20 | CITY AND COUNTY OF SAN
   | FRANCISCO et al.,
21
   |              Defendants.

22 | MARK OSUNA,                          | Case No. C 04-2262 MMC

23 |              Plaintiff,              | [*Related Case*]

24 |       vs.

25 | CITY AND COUNTY OF SAN
   | FRANCISCO et al.,
26
27 |              Defendants.

28 \\



STIP. RE: EXPERT DEPO.                          Case Nos. 03-4345 / 04-2261 / 04-2262

1    The parties had originally agreed to take the deposition of plaintiffs' proffered expert,

2    Peter Morrison, on January 3, 2006.  In an effort to avoid the expense of attorney's fees, travel

3    expenses (Mr. Morrison lives on the East Coast), and expert's fees, the parties have agreed to

4    continue Mr. Morrison's deposition to a date following the January 13, 2006, hearing on

5    defendants' motions for summary judgment.  Accordingly, IT IS HEREBY STIPULATED AND

6    AGREED by and between the parties as follows:

7    The parties agree to continue the deposition of plaintiffs' proffered expert, Peter

8    Morrison, to a date beyond the expert discovery cut-off of January 3, 2006.  The parties further

9    agree that Mr. Morrison's deposition will take place within one week of the January 13, 2006

10   hearing on defendants' pending motions for summary judgment.

11

12   Dated:  January 3, 2006                          Respectfully submitted,

13                                                    By: _____

14                                                         JILL A. SPRAGUE
                                                          Deputy City Attorney
15                                                        Attorneys for Defendant CCSF

16
     Dated:  January 3, 2006                          By: _____
17                                                         KARI ERICKSON LEVINE
                                                          Attorney for Defendant Fred H. Lau
18

19   Dated:  January 3, 2006                          By: _____
                                                           JOHN L. BOOS
20                                                        Attorney for Defendant Alex E. Fagan

21
     Dated:  January 3, 2006                          By: _____
22                                                         PATRICK J. MANSHARDT
                                                          Attorney for Plaintiff Frederick Schiff
23

24                                          **ORDER**

25        IT IS SO ORDERED.

26

27   Dated: _____            _____
                                       United States District Court Judge
28



2

01/03/06   10:44 FAX 4156626220       PRESTON GATES ELLIS LLP          ⌐003

JAN-03-2006  04:09                                                    P.03/03

1        The parties had originally agreed to take the deposition of plaintiffs' proffered expert,

2 Peter Morrison, on January 3, 2006. In an effort to avoid the expense of attorney's fees, travel

3 expenses (Mr. Morrison lives on the East Coast), and expert's fees, the parties have agreed to

4 continue Mr. Morrison's deposition to a date following the January 13, 2006, hearing on

5 defendants' motions for summary judgment. Accordingly, IT IS HEREBY STIPULATED AND

6 AGREED by and between the parties as follows:

7        The parties agree to continue the deposition of plaintiffs' proffered expert, Peter

8 Morrison, to a date beyond the expert discovery cut-off of January 3, 2006. The parties further

9 agree that Mr. Morrison's deposition will take place within one week of the January 13, 2006

10 hearing on defendants' pending motions for summary judgment.

11

12 Dated:  January 3, 2006            Respectfully submitted,

13

14                                 By:_____
                                    JILL A. SPRAGUE

15                                     Deputy City Attorney
                                    Attorneys for Defendant CCSF

16 Dated: January 3, 2006            By:_____

17                                     KARI ERICKSON LEVINE
                                    Attorney for Defendant Fred H. Lau

18

19 Dated: January 3, 2006            By:_____

20                                     JOHN L. BOOS
                                    Attorney for Defendant Alex E. Fagar

21

22 Dated: January 3, 2006            By:_____
                                    PATRICK J. MANSHARDT

23                                     Attorney for Plaintiff Frederick Schiff

24                                 **ORDER**

25       IT IS SO ORDERED.

26

27 Dated: _____               _____
                                    United States District Court Judge

28



STIP. RE: EXPERT DEPO.                                Case Nos. 03-4345 / 04-2261 / 04-2262

TOTAL P.03

The parties had originally agreed to take the deposition of plaintiffs' proffered expert, Peter Morrison, on January 3, 2006. In an effort to avoid the expense of attorney's fees, travel expenses (Mr. Morrison lives on the East Coast), and expert's fees, the parties have agreed to continue Mr. Morrison's deposition to a date following the January 13, 2006, hearing on defendants' motions for summary judgment. Accordingly, IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows:

The parties agree to continue the deposition of plaintiffs' proffered expert, Peter Morrison, to a date beyond the expert discovery cut-off of January 3, 2006. The parties further agree that Mr. Morrison's deposition will take place within one week of the January 13, 2006 hearing on defendants' pending motions for summary judgment.

Dated: January 3, 2006

Respectfully submitted,

By: _____
JILL A. SPRAGUE
Deputy City Attorney
Attorneys for Defendant CCSF

Dated: January 3, 2006

By: _____
KARI ERICKSON LEVINE
Attorney for Defendant Fred H. Lau

Dated: January 3, 2006

By: _____
JOHN L. BOOS
Attorney for Defendant Alex E. Fagan

Dated: January 3, 2006

By: _____
PATRICK J. MANSHARDT
Attorney for Plaintiff Frederick Schiff

## ORDER

IT IS SO ORDERED.

Dated: January 9, 2006

_____
United States District Court Judge



PJManshardtlaw@aol .com
12/30/2005 01:35 PM

To   Jill.Sprague@sfgov.org, klevine%SFGOV@sfgov.org

cc   jboos@prestongates.com, JillC@prestongates.com,
Michael.Leon.Guerrero@sfgov.org

bcc

Subject   Re: Peter Morrison's Deposition

I agree to put over the Morrison deposition until after the MSJ's are heard.