**United States District Court**

**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>       Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>       Defendants.<br>_____ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**ORDER TO SHOW CAUSE WHY SCHIFF AND MANSHARDT DECLARATIONS SHOULD NOT BE STRICKEN/DISREGARDED** |
| NARDA GILLESPIE et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>       Defendants.<br>_____ | |
| MARK OSUNA,<br><br>       Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>       Defendants.<br>_____/ | |

1  Before the Court are four separate motions for summary judgment, noticed for
2  hearing January 13, 2006, and plaintiffs' oppositions thereto.
3  Defendants Fred Lau ("Lau") and the City and County of San Francisco ("City")
4  correctly note that part of the evidence on which plaintiffs rely has not been properly
5  submitted to the Court.  In particular, Lau objects to the Schiff Declaration, attached to
6  plaintiffs' joint opposition to Lau's motion for summary judgment, on the ground it is not
7  signed; the City objects to the Declaration of Frederick Manshardt, cited in plaintiffs' joint
8  opposition to the City's motion for summary judgment, on the ground said declaration was
9  neither filed with the Court nor served on the City.
10  Accordingly, plaintiffs are hereby ORDERED TO SHOW CAUSE in writing, no later
11  than January 12, 2005 at 4:00 p.m., why the entirety of such declarations should not be
12  stricken and/or disregarded by the Court.
13  **IT IS SO ORDERED.**
14  Dated: January 11, 2006

MAXINE M. CHESNEY
United States District Judge