IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____<br><br>NARDA GILLESPIE et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____<br><br>MARK OSUNA,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____/ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**ORDER DIRECTING PLAINTIFF NARDA GILLESPIE TO PERSONALLY APPEAR AT JANUARY 20, 2005 HEARING; DIRECTING PARTIES TO BE PREPARED FOR FURTHER SETTLEMENT CONFERENCE** |

Before the Court are four separate motions for summary judgment. The January 13, 2006 hearing on said motions was continued to January 20, 2006, at the request of the parties, based on the settlement of the action by eleven of the twelve plaintiffs. On today's date, the Court was advised by the parties that the defendants and the twelfth plaintiff, Narda Gillespie, have not reached a settlement.

Accordingly, Gillespie is hereby ORDERED to appear personally at the January 20, 2006 hearing, and the parties shall be prepared to engage in further settlement discussions before Magistrate Judge Joseph C. Spero on that morning.

**IT IS SO ORDERED.**

Dated: January 19, 2006

MAXINE M. CHESNEY
United States District Judge

2