IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants.<br>_____ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**ORDER OF DISMISSAL** |
| NARDA GILLESPIE et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants.<br>_____ | |
| MARK OSUNA,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants.<br>_____/ | |

1  The parties having advised the Court that they have agreed to a settlement of the
2  above-titled actions,
3  IT IS HEREBY ORDERED that said actions be dismissed without prejudice;
4  provided, however, that if any party hereto shall certify to this Court, within 120 days, with
5  proof of service of a copy thereof on opposing counsel, that the agreed consideration for
6  the settlement has not been delivered, the foregoing order shall stand vacated and the
7  actions shall forthwith be restored to the calendar to be set for trial.
8  **IT IS SO ORDERED.**
9  Dated: January 20, 2006
10 MAXINE M. CHESNEY
   United States District Judge

2