IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____<br>NARDA GILLESPIE et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br><br>**ORDER RE: LETTER REQUEST TO APPEAR SPECIALLY** |

    The Court is in receipt of a letter from Gerald M. Murphy of Luce, Forward, Hamilton & Scripps, LLP, filed June 26, 2006, by which such attorneys seek to appear specially on behalf of certain of the plaintiffs in the above-titled related actions, for the purpose of resolving various disputes between those plaintiffs and their counsel of record, Patrick Manshardt, concerning the settlement of their claims.

The Court does not act on requests made by letter. If plaintiffs seek the Court's intervention with respect to the settlement, they must, if appropriate, file a noticed motion, see Civil L.R. 7-2, or, as noted in the letter, and again if appropriate, a new action.

**IT IS SO ORDERED.**

Dated: June 27, 2006

MAXINE M. CHESNEY
United States District Judge