```
 1  Gerald M. Murphy, State Bar No. 99994
    Justin L. Allamano, State Bar No. 229764
 2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
    Rincon Center II, 121 Spear Street, Suite 200
 3  San Francisco, California 94105-1582
    Telephone No.: 415.356.4600
 4  Fax No.: 415.356.4610
    E-Mail:    gmurphy@luce.com
 5
    Attorneys for Narda Gillespie, Donald Woolard,
 6  Michael Zurcher, Dennis Quinn, Michael Hughes,
    Gregory Mar and Tom Feledy
 7
 8
 9                          UNITED STATES DISTRICT COURT
10                         NORTHERN DISTRICT OF CALIFORNIA
11
```

| | |
|---|---|
| 12  NARDA GILLESPIE, ET AL., | Cause No. C-04-2261-MMC |
| 13           Plaintiffs, | C-04-2262-MMC |
| 14       v. | [~~PROPOSED~~] ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEYS |
| 15  CITY AND COUNTY OF SAN FRANCISCO, ET AL., | |
| 16           Defendants | |
| 21 ─────────────────────── | |
| 22  AND RELATED ACTION | |

   Before the Court is the motion of plaintiffs Tom Feledy, Dennis Quinn, Don Woolard, Gregory Mar, Michael Hughes, Michael Zurcher and Narda Gillespie for a substitution of of attorneys.  Good cause appearing therefor;

IT IS ORDERED that Gerald M. Murphy of Luce, Forward, Hamilton & Scripps, LLP be substituted for Patrick J. Manshardt as attorney of record for plaintiffs Tom Feledy, Dennis Quinn,

1  Don Woolard, Gregory Mar, Michael Hughes, Michael Zurcher and Narda Gillespie in this action.

2  DATED: April 6, 2007

3

4
                        By: *[signature: Maxine M. Chesney]*
5                          JUDGE FOR THE UNITED STATES DISTRICT
                           COURT; NORTHERN DISTRICT OF CALIFORNIA
6

7

8  213781.1

                                               2                    Case No. C-04-2261-MMC
                                                                    ORDER ON MOTION TO SUBSTITUTE
                                                                    ATTORNEYS