Dated: April 17, 2007



1  E. Eugene Atherton (SBN 047281)
   **PURSLEY, RUSH & WESLEY**
2  1760 Creekside Oaks Drive, #190
   Sacramento, CA 95833
3
   Attorney for Plaintiff, Mark Sullivan
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARDA GILLESPIE, KURT BRUNEMAN, DONNA LEONARD; MARK SULLIVAN, DONALD WOOLARD, MICHAEL ZURCHER, DENNIS QUINN, MICHAEL HUGHES, GREG MAR and TOM FELEDY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, the SAN FRANCISCO POLICE DEPARTMENT("SFPD"), HEATHER FONG, individually and in her official capacity as Chief, SFPD, ALEX FAGAN, individually and in his official capacity as Chief, SFPD, FRED LAU, individually and in his capacity as Chief, SFPD,<br><br>Defendants. | CASE NO. C-04-2261 MMC<br><br>SUBSTITUTION OF ATTORNEY FOR PLAINTIFF, MARK SULLIVAN |

COMES NOW one of the plaintiffs, Mark Sullivan, and substitutes, as his council record:

**PURSLEY, RUSH & WESLEY**
E. Eugene Atherton
1760 Creekside Oaks, #190
Sacramento, CA 95833
Phone: (916) 922-9801
Fax: (916) 922-9061
E-mail: eea@prwattorneys.com

in the place and stead all of:

Patrick J. Manshardt
One Bunker Hill Building, Eighth Floor
601 W. Fifth St.
Los Angeles, CA 90071

Dated this seventh day of April, 2006

_____
Mark Sullivan

I consent to this substitution.

Dated this seventh day of April, 2006

_____
E. Eugene Atherton
PURSLEY, RUSH & WESLEY
1760 Creekside Oaks Drive, #190
Sacramento, CA 95833

I consent to the substitution.

Dated this _____ April, 2006

_____
Patrick J. Manshardt
One Bunker Hill Building, Eighth Floor
601 West Fifth Street
Los Angeles, CA 90071

SUBSTITUTION OF ATTORNEY                                    2

Patrick J. Manshardt
One Bunker Hill Building, Eighth Floor
601 W. Fifth St.
Los Angeles, CA 90071

Dated this seventh day of April, 2006

_____
Mark Sullivan

I consent to this substitution.

Dated this seventh day of April, 2006

_____
E. Eugene Atherton
PURSLEY, RUSH & WESLEY
1760 Creekside Oaks Drive, #190
Sacramento, CA 95833

I consent to the substitution.

Dated this __10TH Day of__ April, 2006

_____
Patrick J. Manshardt
One Bunker Hill Building, Eighth Floor
601 West Fifth Street
Los Angeles, CA 90071