UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARDA GILLESPIE, ET AL., | Case Nos. C-04-2261 MMC (JCS) |
| Plaintiff(s), | C-04-2262 MMC (JCS) |
| | C-03-4345 MMC (JCS) |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL. | **NOTICE OF REFERENCE; TIME, DATE AND PLACE OF HEARING** |
| Defendant(s). _____/ | |
| AND RELATED ACTIONS. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matters have been referred to Magistrate Judge Joseph C. Spero for resolution of: (1) Plaintiffs' "Application for an Order to Show Cause Compelling Mark Sullivan to Execute the Settlement Agreement or in the Alternative an Order Affirming the Settlement Agreement; and an Order for Equitable Distribution of Proceeds Pursuant to Award of Arbitrator in the Absence of an Agreement, or in the Alternative, for a Settlement Conference" [C-04-2261: Docket Nos. 133 and 138]; and (2) Defendants "Motion to Enforce Settlement Agreement Against Plaintiff Mark Sullivan" [C-03-4345: Docket No. 198].

The hearing on the Motions has been set for **June 29, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The opposition(s), if not already filed, shall be electronically filed **no later than May 4, 2007**. Any reply to the opposition(s) shall be electronically filed **no later than May 11, 2007**. All documents shall be filed with the Clerk's Office in compliance with Civil L. R. 7-2 through 7-5. Documents

1  not filed in compliance with those rules will not be considered by the Court.  Any party seeking an
2  award of attorney's fees or other expenses in connection with this motion shall file a motion in
3  accordance with Civil L. R. 37-3.

### LAW AND MOTION HEARING PROCEDURES

5  Civil law and motion is heard on Friday mornings, at 9:30 a.m., in Courtroom A, 15th Floor,
6  United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

7  Motions to compel may be noticed without reserving a hearing date, subject to the Court's
8  availability.

9  A party or counsel has a continuing duty to supplement the initial disclosure when required
10 under Fed. R. Civ. P. 26(e)(1).

11 Law and motion matters may be submitted without argument upon stipulation of the parties
12 and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil
13 L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of
14 the date for service of the opposition.  Thereafter, leave of the Court must be sought.

### COURTESY COPIES

16 All documents shall be filed in compliance with the Civil Local Rules.  Documents not filed
17 in compliance with those rules will not be considered by the Court.

18 AT THE TIME OF FILING OF ORIGINAL PAPERS WITH THE CLERK'S OFFICE, THE
19 PARTIES ARE REQUIRED TO SUBMIT **TWO** CONFORMED COPIES OF EACH
20 DOCUMENT, ONE OF WHICH IS TO BE DESIGNATED "**JCS CHAMBERS COPY**."

21 All filings of documents relating to motions referred to the undersigned shall list the civil
22 case number and the district court judge's initials followed by the designation "(JCS)".

23 The failure of counsel or a party to abide by this Order may result in sanctions pursuant to
24 Fed. R. Civ. P. 16(f).

25 IT IS SO ORDERED.

26 Dated:  April 23, 2007

27 JOSEPH C. SPERO
United States Magistrate Judge

2