**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF, | No. C-03-4345 MMC |
| Plaintiff, | No. C-04-2261 MMC |
| | No. C-04-2262 MMC |
| v. | **ORDER DENYING CONTINUANCE OF APRIL 11, 2008 CASE MANAGEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

NARDA GILLESPIE et al.,

    Plaintiffs,

 v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____

MARK OSUNA,

    Plaintiff,

 v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____/

The Court is in receipt of the Joint Status Conference Statement, filed April 8, 2008, in which some of the parties request that the Status Conference be continued for a period of two months.

The request for a continuance is DENIED and counsel for all parties shall appear at the Conference on April 11, 2008 at 10:30 a.m., as previously scheduled.

**IT IS SO ORDERED.**

Dated: April 9, 2008

_____
MAXINE M. CHESNEY
United States District Judge